Civil Action No.   **5:23CV951**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **B&G FUTRES INC.**
was recieved by me on  **5/12/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o Andy Ginella**, who is designated by law to accept service of process on behalf of **B&G FUTRES INC.** at **4096 Holiday St. NW, Canton, OH 44718** on **05/15/2023 at 1:22 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:   05/15/2023

*Server's signature*

**Jan-Ellen Bowman**
*Printed name and title*

**4671 Dale Street**
**Norton, OH 44203**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o Andy Ginella, Corporate Agent with identity confirmed by subject nodding when named. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.  left docs with receptionist who previously gave to atty. this is second visit since he refused serve the first time. Receptionist took docs and walked to back offices.**




Tracking #: **0106542514**