> Motion GRANTED. Defendant shall file its answer within 14 days from the date of this Order.
> IT IS SO ORDERED.
> */s/ John R. Adams*
> U.S. District Judge
> September 6, 2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAERSK OIL TRADING, INC., | ) | CASE NO.: 5:23-CV-00951 |
| | ) | |
| Plaintiff, | ) | JUDGE ADAMS |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO SET ASIDE DEFAULT** |
| B&G FUTURES, INC., et al., | ) | **JUDGMENT UNDER RULE 55(c)** |
| | ) | |
| Defendant. | ) | |

Now comes Defendant Steve DiPietro, through undersigned counsel, who moves to set aside the default judgment entered by the clerk on 8-15-2023.

Although the docket indicates DiPietro was served on 7-14-2023, he was not.  He and his wife had left town early that morning for a wedding in New Jersey.  Aff't Ex.s A and B.  The return of service indicates the Complaint was received by J. Smith.  Doc. # 8.  There is no J. Smith at DiPietro's home and no neighbor has that name.  Aff't.  USPS Tracking indicates "Delivered, Neighbor as Requested."  Attached. He asked his neighbors--none received a document on his behalf.  Aff't.  Plaintiff counsel was contacted and indicated that Plaintiff has no objection to this motion.

WHEREFORE, Defendant Steve DiPietro requests this Honorable Court set aside the default judgment and grant leave to Answer the Complaint.

1