FROM:

The Office of the Clerk
2 South Main St.
Akron, OH 44308

    

**CERTIFIED MAIL**

9589 0710 5270 1196 4511 92

TO:

Mr. Chirag Vyas
14974 Oxford Court
Southgate, MI 48195

REFUSED
AWK

FILED
NOV 21 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

```
E      152   4C 1        0211/01/23
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
44308187699    2099N305120-02398
```

5:23cv951

NIXJ

**Photo Document Mailer**
9 3/4" x 12 1/4"





USPS Photo Document Mailer with Certified Mail return receipt (PS Form 3811).

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Mr. Chirag Vyas
14974 Oxford Court
Southgate, MI 48195

9590 9402 8084 2349 3009 77

2. Article Number (Transfer from service label)
9589 0710 5270 1196 4511 92

3. Service Type: Certified Mail®

PS Form 3811, July 2020 PSN 7530-02-000-9053    5:23cv951    Domestic Return Receipt