IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| *MAERSK OIL TRADING INC.* | ) | CASE NO: 5:23CV951 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE: John R. Adams |
| v. | ) | |
| | ) | |
| *B&G FUTURES INC.*, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Maersk Oil Trading Inc. ("Plaintiff"), and the only other party that has appeared, that being defendant Steven DiPietro ("DiPietro"), each acting through their respective, below-signed attorneys, that the above-captioned action is voluntarily dismissed, without prejudice and with all parties bearing their own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 14, 2023

| MAERSK OIL TRADING INC., Plaintiff, | STEVE DIPIETRO, Defendant |
|---|---|
| s/ Zachary Barger | s/ Warner Mendenhall |
| Its attorney | Its attorney |
| | |
| Zachary J. Barger | Warner Mendenhall |
| **Zeiler Floyd Zadkovich (US) LLP** | 190 North Union St., Suite 201 |
| 53 West Jackson Boulevard | Akron, OH 44304 |
| Suite 1240 | 330.535.9160 |
| Chicago, Illinois 60604 | fax 330.762.9743 |
| Tel.: (567) 208-9890 | warnermendenhall@gmail.com |
| Email: zach.barger@zeilerfloydzad.com | |